■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LOPEZ, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered January 9, 1964 after a jury trial, convicting him of possession of narcotic drugs as a felony, and imposing sentence upon him as a third felony offender. Judgment affirmed. In our opinion, there was no search here because the police officer obtained possession of the narcotics after they were no longer in defendant's possession; they had been discarded by him. (*People* v. *Battle*, 12 N Y 2d 866; *People* v. *Pittman*, 14 N Y 2d 885;

**814**

*United States* v. *Zimple* 318 F. 2d 676.) Even if it be assumed that there was a search, the search was incidental to a lawful arrest based on probable cause. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.